IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BENAIA JONADAD LEMUZ BRUNO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DIRECTOR, BALTIMORE FIELD ) <br> OFFICE, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 1:26-cv-00191-LKG <br><br> Dated: February 9, 2026 |

## ORDER

On February 5, 2026, the parties filed a joint status report. ECF No. 8. In that report, the parties request leave to file a supplemental joint status report in 10 days concerning the status of Petitioner's bond. *Id.* at ¶ 9. In light of the foregoing, the Court **DIRECTS** the parties to **FILE** a supplemental joint status report on or before February 19, 2026.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge